IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

_____

| | |
|---|---|
| ANTHONY LEE SIMS, ) | |
| ) | |
| Petitioner, ) | Case No. 4:16-cv-201 |
| ) | |
| v. ) | |
| ) | NOTICE OF VOLUNTARY DISMISSAL |
| UNITED STATES OF AMERICA, ) | PURSUANT TO FED. R. CIV. P. |
| ) | 41(a)(1)(A)(i) |
| ) | |
| Respondent. ) | |

_____

COMES NOW the petitioner, through counsel, and hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that he voluntarily dismisses the above-captioned cause of action. The government has not filed an answer or a motion for summary judgment. Attached to this notice is the petitioner's signed consent to voluntary dismissal of this action.

Respectfully submitted,

/s/      James Whalen
JAMES WHALEN
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
TELEPHONE:  (515) 309-9610
TELEFAX:  (515) 309-9625
E-MAIL: jim_whalen@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/      Theresa McClure