IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ANTHONY LEE SIMS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 16-cv-201<br><br>**CONSENT TO VOLUNTARY DISMISSAL OF MOTION FOR 28 U.S.C. § 2255(a) RELIEF** |

I, ANTHONY LEE SIMS, hereby voluntarily dismiss my motion for 28 U.S.C. § 2255 relief pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 20 day of March, 2017.

_____
ANTHONY LEE SIMS